Anthony DOVE, Plaintiff-Appellant,

v.

Paul L. JONES, Defendant-Appellee.

No. 17-6473

United States Court of Appeals, Fourth Circuit.

Submitted: July 27, 2017

Decided: August 1, 2017

Anthony Dove, Appellant Pro Se.

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Dove appeals the district court's order dismissing as frivolous his 42 U.S.C. § 1983 (2012) action under 28 U.S.C. § 1915(e)(2)(B)(i) (2012). We have

reviewed the record and find that the appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *See Dove v. Jones*, No. 5:16-ct-03183-D (E.D.N.C. Mar. 23, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*